# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

130694

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOSEPH KLOBERDANZ, Next Friend
of JEFFREY KLOBERDANZ, a Minor,
            Plaintiff-Appellant,

v

                                SC: 130694
                                COA: 256208
                                Saginaw CC: 03-047994-CZ

SWAN VALLEY SCHOOL DISTRICT,
            Defendant-Appellee.

_____/

  On order of the Court, the application for leave to appeal the January 31, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006              _____

l0821                        Clerk